**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ruperto DELGADO–RODRIGUEZ,
Defendant—Appellant.**

No. 06–10754.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2007.*

Filed Sept. 27, 2007.

Robert L. Ellman, Esq., Robert A. Bork, Esq., USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Brenda Horne, FPDNV—Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: CANBY, TASHIMA, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Ruperto Delgado–Rodriguez appeals the sentence imposed following his guilty plea to unlawful reentry after deportation, in violation of 8 U.S.C. § 1326. He contends that in violation of the Fifth and Sixth Amendments, his sentence was enhanced with a prior conviction not alleged in the indictment, proved beyond a reasonable doubt, or admitted during plea proceedings. He also contends that under the doctrine of constitutional avoidance, § 1326 should be construed to require proof beyond a reasonable doubt of a prior conviction used to enhance a sentence. As Delgado–Rodriguez. acknowledges, these contentions are foreclosed. *See United States v. Grisel,* 488 F.3d 844, 846–47 (9th Cir.2007) (en banc); *United States v. Weiland,* 420 F.3d 1062, 1079 n. 16 (9th Cir. 2005), *cert. denied,* 547 U.S. 1114, 126 S.Ct. 1911, 164 L.Ed.2d 667 (2006). We therefore affirm the sentence.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.